| PROB 22 [EDTN51] (1/98) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 2:03CR00074-13 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:17-00195 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| Sean Edward Barber | Eastern District of Tennessee | Greeneville |
| | NAME OF SENTENCING JUDGE Honorable J. Ronnie Greer US District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 09/29/2016 | TO 09/28/2021 |

OFFENSE
Conspiracy to distribute, and possession with intent to distribute, 50 grams or more of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/6/2017
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Oct 18, 2017
*Effective Date*

*United States District Judge*